United States District Court
Southern District of Texas
**ENTERED**
December 07, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FOSTER TRUCKING LLC, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:17-CV-272 |
| § | |
| TEXAS COMMERCIAL BUSINESS § | |
| INSURANCE AGENCY, LLC, *et al*, § | |
| § | |
| Defendants. § | |

### ORDER OF DISMISSAL

In accordance with the Stipulation of Dismissal, this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**SIGNED** on this \_\_7th\_\_ day of December, 2017, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**